```
1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   PETER H. KLEE, Cal. Bar No. 111707
2  pklee@sheppardmullin.com
   501 West Broadway, 19th Floor
3  San Diego, CA 92101
   Telephone:  619.338.6500
4  Facsimile:   619.234.3815

5  THEONA ZHORDANIA, Cal. Bar No. 254428          JS-6
   tzhordania@sheppardmullin.com
6  333 South Hope Street, 43rd Floor
   Los Angeles, California 90071-1422
7  Telephone:  213.620.1780
   Facsimile:   213.620.1398
8
   Attorneys for Defendant
9  ALLSTATE INDEMNITY COMPANY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CARLOS MADRIGAL, RICHARD TANG and ANNA TANG,<br><br>             Plaintiffs,<br><br>      v.<br><br>ALLSTATE INSURANCE COMPANY, a corporation; TERESA VARELA, an individual ; and DOES 1 through 60, inclusive;<br><br>             Defendants. | Case No. CV-14-04242 SS<br><br>The Honorable Suzanne H. Segal<br><br>**JUDGMENT** |

This action came on regularly for jury trial on November 12, 2015, in Courtroom 590 of the United States District Court for the Central District of California, the Honorable Suzanne H. Segal presiding. Arash Homampour of the Homampour Law Firm, P.C. appeared on behalf of Plaintiff Carlos Madrigal. Warren J. Binder of Binder & Associates appeared on behalf of Plaintiffs Richard Tang and Anna Tang. Peter H. Klee and Theona Zhordania of Sheppard, Mullin, Richter & Hampton, LLP appeared on behalf of Defendant Allstate Indemnity Company.

A jury of eight persons was impaneled and sworn. Witnesses were sworn and

1 testified. After hearing the evidence and arguments of the attorneys, and being
2 instructed by the Court, the jury retired to consider its verdict.

3 On November 25, 2015, the jury answered the Special Verdict form, which
4 the Court received, filed, and entered of record.

## JUDGMENT

Based on the jury's verdict, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. Judgment be entered in favor of Plaintiff Carlos Madrigal and against Defendant Allstate Indemnity Company as of April 8, 2016, *nunc pro tunc*, in the amount of $10,580,651.80 plus 10% interest rate pursuant to Cal. Code Civ. Proc. §685.010(a) thereon from October 4, 2012 through April 8, 2016 in the amount of $3,716,272.77.

2. Judgment be entered in favor of Plaintiff Richard Tang and against Defendant Allstate Indemnity Company as of April 8, 2016, *nunc pro tunc*, in the amount of $50,000.

3. Judgment be entered in favor of Plaintiff Anna Tang and against Defendant Allstate Indemnity Company as of April 8, 2016, *nunc pro tunc*, in the amount of $50,000.

4. The deadline for the parties to file a notice of appeal is June 17, 2016.

## POST-JUDGMENT INTEREST AND COSTS

Plaintiffs are entitled to recover post-judgment interest pursuant to 28 U.S.C. § 1961 on the above amounts from April 8, 2016 until the date Defendant Allstate Indemnity Company pays the judgment. Plaintiffs may also pursue recovery of costs incurred in this action pursuant to Federal Rule of Civil Procedure 54(d)(1) and the Local Rules.

DATED: June 10, 2016

_____/S/_____
HONORABLE SUZANNE H. SEGAL